```
Fred W. Schwinn (SBN 225575)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California  95113-2418
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorney for Plaintiff
DEBRA JAN DOHM
```

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| DEBRA JAN DOHM, | Case No. 3:12-CV-01914-EMC |
|---|---|
| Plaintiff, | **STIPULATION OF DISMISSAL AND [PROPOSED] ORDER** |
| v. | |
| ABC LEGAL SERVICES, INC., a Washington corporation; GRANVILLE EWING SMITH, III, individually and in his official capacity; and DOES 1 through 10, inclusive, | Fed. R. Civ. P. 41(a)(1) |
| Defendants. | |

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff, DEBRA JAN DOHM, and Defendant, ABC LEGAL SERVICES, INC., stipulate, and the Court hereby orders, as follows:

1. The dispute between the parties has been settled, therefore, the claims asserted by Plaintiff, DEBRA JAN DOHM, against Defendants, ABC LEGAL SERVICES, INC., and GRANVILLE EWING SMITH, III, in the above-captioned proceeding are hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1).

/ / /

/ / /

/ / /

/ / /

1  Dated: December 20, 2012                    /s/ Fred W. Schwinn
                                               Fred W. Schwinn, Esq.
2                                              Attorney for Plaintiff
3                                              DEBRA JAN DOHM

4
5  Dated: December 20, 2012                    /s/ William S. Weisberg
                                               William S. Weisberg, Esq.
6                                              Attorney for Defendant
                                               ABC LEGAL SERVICES, INC.
7

8  Dated: December 20, 2012                    /s/ Granville Ewing Smith, III
9                                              Granville Ewing Smith, III, pro per

10

11  THE FOREGOING STIPULATION
    IS APPROVED AND IS SO ORDERED.
12
                1/10/13
13  Dated: _____

*IT IS SO ORDERED*
*Judge Edward M. Chen*
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

- 2 -
STIPULATION OF DISMISSAL AND [PROPOSED] ORDER            Case No. 3:12-CV-01914-EMC